# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-785
LT Case No. 2022-CF-001115

_____

DELVIN JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On Appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Matthew J. Metz, Public Defender, and Betty Wyatt, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.

December 5, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____